IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK BREWER, | Civ. No. 07-6061-HO |
| Plaintiff, | JUDGMENT |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

The decision of the Commissioner is affirmed.

DATED this  31st  day of May, 2008.

                                                s/ Michael R. Hogan
                                      United States District Judge